**Appeal Dismissed and Memorandum Opinion filed November 5, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00615-CV

**FRANCISCO ALEXIS CISNEROS, Appellant**

**V.**

**OFFICE OF THE ATTORNEY GENERAL, Appellee**

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2018-30077**

## MEMORANDUM OPINION

This is an appeal from an order signed June 13, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On September 5, 2024, this court ordered appellant to pay the appellate filing fee on or before September 16, 2024, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.